**COLLINS & KHAN LLP**
MARC A. COLLINS (SBN 136769)
AZIM KHANMOHAMED (SBN 277717)
R. MICHAEL COLLUM (SBN 145105)
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA 90010-2246
Telephone: 323.549.0700
Facsimile: 323.549.0707

**Attorneys for Defendant**
DOCTOR'S ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CYNTHIA HOPSON, an individual,

        Plaintiff,

    v.

VFC PROPERTIES 25 LLC, JAMES FITZGERALD KELLY, DOCTOR'S ASSOCIATES, INC., as an entity and doing business as "Subway # 17983"; and DOES 1 through 50, inclusive.

        Defendants.

Case No. 2-19-cv-01819-MCE-AC
Hon. Morrison C. England, Jr.
Courtroom 7

**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Complaint Filed: September 12, 2019
Trial Date: None Set



ORDER ON STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT

1    The Court, having considered the Stipulation of Plaintiff Cynthia Hopson and

2  Defendant Doctor's Associates, Inc. to extend the time for the filing of a response by

3  Defendant Doctor's Associates, Inc., and good cause appearing, the time for Defendant

4  Doctor's Associates, Inc. to respond to Plaintiff's Complaint is hereby extended from

5  October 15, 2019, to November 15, 2019.

6        IT IS SO ORDERED.

7  Dated:  October 28, 2019

8

9                                                    _____
                                                     MORRISON C. ENGLAND, JR
10                                                   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



ORDER ON STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT