**COLLINS & KHAN LLP**
MARC A. COLLINS (SBN 136769)
AZIM KHANMOHAMED (SBN 277717)
R. MICHAEL COLLUM (SBN 145105)
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA 90010-2246
Telephone: 323.549.0700
Facsimile: 323.549.0707

**Attorneys for Defendant**
DOCTOR'S ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CYNTHIA HOPSON, an individual,

        Plaintiff,

    v.

VFC PROPERTIES 25 LLC, JAMES
FITZGERALD KELLY, DOCTOR'S
ASSOCIATES, INC., as an entity and
doing business as "Subway # 17983"; and
DOES 1 through 50, inclusive.

        Defendants.

Case No. 2-19-cv-01819-MCE-AC
Hon. Morrison C. England, Jr.
Courtroom 7

**ORDER ON STIPULATION TO
EXTEND TIME TO RESPOND TO
COMPLAINT**

Complaint Filed: September 12, 2019
Trial Date: None Set



1    The Court, having considered the Stipulation of Plaintiff Cynthia Hopson and
2  Defendant Doctor's Associates, Inc. to extend the time for the filing of a response by
3  Defendant Doctor's Associates, Inc., and good cause appearing, the time for Defendant
4  Doctor's Associates, Inc. to respond to Plaintiff's Complaint is hereby extended from
5  October 15, 2019, to November 15, 2019.

6    IT IS SO ORDERED.

7  Dated:  October 29, 2019

8

9                                                  MORRISON C. ENGLAND, JR
                                                   UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

